# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**ROBERT NELSON HOWELL,**

**Defendant.**                                                      **No. 98-CR-30200-DRH**

### ORDER

**HERNDON, District Judge:**

On or about May 22, 2006, the Clerk of the Court received via the mail some documents (affidavit of individual surety, bid bond, performance bond, and payment bond) from Howell. The Court has reviewed these documents and is uncertain as to what they are or how they are related to this case. The Court's last Order in this case was entered on April 2, 2004 (Doc. 352) and since then has not ordered Howell or the Government to file anything in this case.[1] Because Howell has not made clear what his intention is in filing these documents, the Court **REJECTS** them and **ORDERS** the Clerk of the Court to return these documents to Howell.

**IT IS SO ORDERED.**

Signed this 6th day of June, 2006.

/s/         David  RHerndon
**United States District Judge**

---

[1] The Court notes that Howell filed a Notice of Appeal on May 5, 2006 appealing his judgment and conviction (Doc. 357).

1