IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ROBERT NELSON HOWELL,**

**Defendant.**                                              No. 98-CR-30200-DRH

### ORDER

**HERNDON, District Judge:**

On November 17, 2000, the Court sentenced Howell to 360 months imprisonment (Doc. 245) and the Clerk of the Court entered Judgment reflecting the same on November 27, 2000 (Doc. 249).[1] On April 30, 2007, Howell filed a pleading titled "special bond" and above the case number in the caption placed "Admiralty Claim" (Doc. 366).[2] The Court reminds Howell that this was a criminal matter (not an admiralty matter) and that it is closed. Thus, the Court **DISMISSES** for lack of jurisdiction Howell's pleading titled "special bond" (Doc. 366). As this matter is

---

[1] Howell filed a notice of appeal of his sentence and judgment May 5, 2006 (Doc.357), which the Seventh Circuit dismissed for lack of jurisdiction on June 28, 2006 (Doc. 364).

[2] On May 22, 2006, the Clerk of the Court received via the mail from Howell an affidavit of individual surety, bid bond, performance bond and payment bond. On June 6, 2006, the Court entered an Order rejecting the documents and directing the Clerk of the Court to return them to Howell (Doc. 363).

closed, the Court **CAUTIONS** Howell not to file any more pleadings in this case, or risk the imposition of sanctions.

    **IT IS SO ORDERED.**

Signed this 2nd day of May, 2007.

                       /s/      David   RHerndon
                       **United States District Judge**