IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT NELSON HOWELL,

Defendant.                                                    No. 98-CR-30200-DRH

## ORDER

**HERNDON, District Judge:**

This matter comes before the Court for case management. As the record reflects, Howell has filed numerous motions and/or habeas cases attempting to attack his conviction and judgment. None of his attempts has succeeded. The Court need not recite all of his failed motions/cases. He has been warned by this Court and the Seventh Circuit Court of Appeals to stop filling frivolous motions; yet Howell does not heed the warnings. The Court reminds Howell of the Seventh Circuit's February 10, 2014 admonishment: "Howell must understand that his only avenue of relief from the judgment and sentence is provided by 28 U.S.C. §§ 2244 and 2255(h). Howell needs this court's permission, and the statutes limit the grounds on which permission may be granted. Further, unauthorized filings in the district court, or any frivolous application to this court, may lead to a

circuit-wide ban on further filings of any kind." (Doc. 455). The Court also reminds Howell of the Seventh Circuit's sanction entered on February 13, 2014: "Howell is fined $500. Until he pays that sum in full to the clerk of this court, he is barred from filing further civil suits in the courts of this circuit in accordance with *Support Sys. Int'l v.* Mack, 45 F.3d 185 (7th Cir. 1995), and any papers he submits will be returned unfiled. Moreover, any papers he submits attacking his current criminal conviction will also be returned unfiled. Finally, any applications for leave to file collateral attacks will be deemed denied 30 days after filing unless the court orders otherwise. *Alexander v. United* States, 121 F.3d 312 (7th Cir. 1997)." *Howell v. United* States, 14-1113 (7th Cir. February 13, 2014).

Thus, the Court **PRECLUDES** Howell from filing any more **pleadings** in this closed criminal case unless authorized first by the Seventh Circuit Court of Appeals. Thus, the Court **STRIKES** the pleadings filed at Document 491 and Document 492.

**IT IS SO ORDERED.**

Judge Herndon
2018.04.17 10:55:04
-05'00'

**United States District Judge**